IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHARLES RICHARDSON,<br><br>                Defendant. | 8:25CR42<br><br>**ORDER** |

      The Court held a hearing today at which the parties agreed to modify Defendant's conditions of release. Neither the parties nor pretrial services opposed allowing Defendant having supervised telephonic or written contact with his children. Upon careful consideration, the Court modifies Defendant's conditions as set forth below:

      IT IS ORDERED:

1)    Defendant's oral motion for modification of pretrial release is granted, in part. Any additional request for modification of the current release order shall be filed in a formal motion with the Court, should Defendant request such.

2)    Condition (bb) shall be modified as follows:

    (bb)    Have no contact with persons under the age of eighteen except for written contact with Defendant's children and supervised phone communication with Defendant's children to be supervised by Defendant's father, Charles Richardson, in accordance with the decree of dissolution filed in Richardson v. Richardson, CI-23-183, filed in the District Court of Sarpy County, Nebraska. The Defendant must report as soon as possible to the supervising officer any contacts with persons under the age of eighteen.

3)    All other conditions set forth in the Order Setting Conditions of Release (Filing No. 15) remain in effect.

Dated this 3rd day of September, 2025.

                                                                        BY THE COURT:

                                                                        *s/ Jacqueline M. DeLuca*
                                                                        United States Magistrate Judge