IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHARLES RICHARDSON,<br><br>                Defendant. | 8:25CR42<br><br>ORDER |

      Defendant has moved to modify the release order, (Filing No. 49). The court has been advised the motion is unopposed. Based on the showing set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

1) Defendant's unopposed motion to modify the release order, (Filing No. 49), is granted.

2) Condition (bb) shall be modified as follows: Have no contact with persons under the age of eighteen except for supervised visitation with Defendant's children to be supervised by Defendant's mother, Heather Richardson, at the home of Defendant's father, Charles P. Richardson, 1984 B Ave., Shenandoah, IA on a mutually agreed weekend. The Defendant must report as soon as possible to the supervising officer any contacts with persons under the age of eighteen.

3) All other conditions set forth in the Order Setting Conditions of Release (Filing No. 15) remain in effect.

IT IS SO ORDERED.

Dated this 13th day of January, 2026.

                                                                                                             BY THE COURT:

                                                                                                             *s/ Jacqueline M. DeLuca*
                                                                                                             United States Magistrate Judge