IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  8:25CR42 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER TO DESTROY** |
| | ) | |
| | ) | |
| CHARLES RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for both the plaintiff and the defendant  notified the court on May 1, 2026

that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Change of Plea Exhibits    9/3/2025

Defendant's Sentencing Exhibits 1/22/2026

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why

the exhibits should not be destroyed, the clerk's office is directed to destroy the above-

listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:  May 1, 2026

BY THE COURT

s/ **Susan M. Bazis**
United States District Judge

**Exhibits-Order_to_Destroy.docx**
Approved 12/17/15